

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2020

No. 04-20-00234-CV

Kyle **BRATTON**,
Appellant

v.

**HOLT TEXAS, LTD** d/b/a Holt CAT and d/b/a Sitech-Tejas,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI05583
Honorable Norma Gonzales, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION. We tax costs of court for this appeal against Appellant Kyle Bratton.

It is so **ORDERED** on October 14, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of October, 2020.

_____
Michael A. Cruz, Clerk of Court